No. 94–6308. ROBINSON *v.* ARVONIO, SUPERINTENDENT, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Motion of peti-

tioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Neal* v. *McAninch, ante,* p. 432. ■